FILED
2012 Jan-05  PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **HENRY CLAY SMITH,** | ) | |
| | ) | |
| **Plaintiff ,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:11-cv-03429-RDP-PWG** |
| | ) | |
| **STEVEN HADDOCK, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on December 1, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. #8).  On December 6, 2011, Plaintiff filed objections to the Report and Recommendation.  (Doc. #9).

Plaintiff argues in his objections that Judge Haddock, former District Attorney Burrell, and former Assistant District Attorneys Rowe and Anderson are not entitled to immunity. (Doc. #9 at 1-2).  While there are instances in which judges and prosecutors are not entitled to absolute immunity from liability for damages under § 1983, *see Stump v. Sparkman*, 435 U.S. 349, 356-57 (1978); *Hart v. Hodges*, 587 F.3d 1288, 1295-96 (11th Cir. 2009), such exceptions are not applicable in this case based upon Plaintiff's factual allegations in the complaint.  Additionally, Plaintiff has not adequately demonstrated that his claims are not also barred by the applicable statute of limitations and *Heck v. Humphrey*, 512 U.S. 477 (1994).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections thereto, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the Recommendation is

**ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)

for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DONE** and **ORDERED** this _____5th_____ day of January, 2012.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE